DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**MARTIN E. O'BOYLE,**
Appellee.

No. 4D21-2662

[July 21, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley C. Zuckerman, Judge; L.T. Case No. 50-2015-MM-012872-AXXX-SB.

Ashley Moody, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Assistant Attorney General, West Palm Beach, for appellant.

Fred Haddad of Fred Haddad, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***